**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMMED AL-QAHTANI,

    *Petitioner*,

    v.

JOSEPH R. BIDEN, Jr., *et al.*,

    *Respondents*.

Case No. 05-CV-1971 (PLF)

## ORDER

Upon consideration of the Petitioner's Unopposed Motion for Extension of Time to Respond to Motion for Reconsideration of Order Granting Petitioner's Motion to Compel Examination by a Mixed Medical Commission, it is hereby **ORDERED** that Petitioner's motion is **GRANTED**. Petitioner shall file his response by no later than February 19, 2021.

**SO ORDERED.**

Dated: __January 22, 2021_____

_____/s/_____
HON. PAUL L. FRIEDMAN
Senior United States District Judge